IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:20CR3092** |
| vs. | |
| NATHANAEL J. BROWN, | **ORDER** |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Jerome Okolo, as counsel of record for Defendant, (Filing No. 16), is granted. Jerome Okolo shall no longer receive electronic notice in this case.

Dated this 13th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge